An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA WOODSON,
Appellant,
vs.
MONTE TRAVIS,
Respondent.

No. 64058

**FILED**

OCT 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, this appeal arises from the district court's appellate review of a justice court decision, and district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, as we lack jurisdiction over this appeal, we order the appeal dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

Supreme Court
of
Nevada

(O) 1947A

13 - 31922

cc: Hon. Susan Scann, District Judge
Nakia Woodson
Monte Travis
Eighth District Court Clerk